IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.     )<br>)<br>CRAIG MOSES JAMES,     )<br>)<br>Defendant.     )<br>_____ ) | CASE NO. CR517-003 |

ORDER

Before the Court is Defendant Craig Moses James's motion for early termination of supervised release. (Doc. 339.) The Government, after consultation with the United States Probation Office, does not oppose Defendant's motion. (Doc. 342 at 1.) After careful consideration of the record in this case, the Court "is satisfied that [termination] is warranted by the conduct of the defendant released and the interest of justice[.]" 18 U.S.C. § 3583(e)(1). As a result, Defendant's motion (Doc. 339) is **GRANTED**, and his term of supervised release is terminated.

SO ORDERED this 9th day of May 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA